UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
OCT 1 6 2023
U.S.D.C.
W.P.

Adam E. Murphy

Write the full name of each plaintiff or petitioner.

Case No. 23 CV 6998 (KMK)

-against-

ERT Officer K. Rodriguez et al

Write the full name of each defendant or respondent.

**NOTICE OF MOTION**

Granted. The Clerk is requested to mail a copy of this document to Plaintiff.

So Ordered. [signature] 10/19/23

Adam E. Murphy
name of party who is making the motion

PLEASE TAKE NOTICE that   Plaintiff
plaintiff or defendant

requests that the Court:

Please Accept into Courts As Evidence Exibts 1-12

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☑ my own declaration, affirmation, or affidavit

☑ the following additional documents: Murphy v. Rodriguez et al
23cv6998

10 - Pages of Photo's OF Injures From Exsscive Force Claims + 2 addtional pages.

10-4-23
Dated

Adam E. Murphy
Name

[signature]
Signature

2023 00985
Prison Identification # (if incarcerated)

110 Wells Farm RD   Goshen   N.Y   10924
Address              City      State   Zip Code

NA
Telephone Number (if available)

NA
E-mail Address (if available)

RECEIVED
OCT 1 6 2023
PRO SE OFFICE

SDNY Rev: 5/24/2016



## Use of Force

**NAME:** Murphy, Adam

**BOOKING #:** 2023-00985

**DATE:**        7/21/2023

**TIME OF PHOTOS:** 2005

**LOCATION / INCIDENT:** Movement/use of force.

**PHOTOGRAPHER:**        C.O. Clune

















*Case #*
*23-CV-6998*
*(KMK)*

*EXibit #1*

*Copy*
*PREA Inform.*



# ORANGE COUNTY JAIL
## INMATE MISBEHAVIOR REPORT

**A.** You have been cited for an act of misconduct as indicated below. You may be confined to your cell pending your hearing.

Inmate's Name: Murphy, Adam    Booking Number: 2023-00985    Housing Unit Location: B1-13

Date of Infraction: 07/21/2023    Incident Time: 1944    Incident Location: Movement

*Please Keep*
*Confidential*

Rule(s) Violated:

    A1-21 Possession of any facility contraband ..

    A1-22 Conduct disrupts/interferes with facilty ..

Description of Incident: On the above date and time I was working my assigned post as Hallway 1 ERT Officer when the following did occur. At 1944 hours, I was directed to escort Inmate Murphy, Adam 2023-00985 to Movement with Officer Pullen #474 and Officer Prelvukaj #138. Inmate Murphy was suspected of possessing facility contraband. Inmate Murphy was placed in a changing booth. I questioned Inmate Murphy if he had any contraband and directed him to turn over any contraband Inmate Murphy was in possession of. Inmate Murphy removed his sock and turned over two small packages of a brown leafy substance to Officer Pullen. Administrative Sergeant Weed #123 was notified. Inmate Murphy is being issued this misbehavior report for possession of facility contraband.

*Tabeco A CO' Wilcans gave me*

Employee Witnesses: Officer Pullen #474; Officer Prelvukaj #138

Other Inmates Involved: N/A

Employee Name: K. Rodriguez #114   Signature: _____    Report Date: 07/21/23   Report Time: 2200

Sergeants Findings:

*Since incident officer has been Charged and Arrest.*

I have reviewed the report and investigated the event. Based on the information provided in the report and the information gained during my investigation, I have determined that the information is true and accurate as reported.

Notes *Inmate Murphy admitted to having the tabacco and stated an Officer gave it to him.*

Sergeant Name: Sgt Weed    Signature: Sgt Weed    Report Date: 7/21/23   Report Time: 2350

Shift Commander Name: M. Tomes    Signature: _____

**B. Command Review:** Review Date: 7/22/23    Review Time: Closs

Name: L McFen    Rank: Cpt    Signature: _____

Level: 1    Confinement Pending Hearing: yes ☐ no ☑    ☐ Dismissed at Review

Reason: _____

_____

_____

Page ____ of ____    Incident #: _____

RECEIVED
SEP 2 0 2023
U.S.D.C. S.D.N.Y.
RECORDS ROOM

Hearing

Revised 03/07/17

*Case #*
*23-CV-6998 (KMK)* *EXhibit #2* *Copy*

## ORANGE COUNTY JAIL
### INMATE MISBEHAVIOR REPORT

A. You have been cited for an act of misconduct as indicated below. You may be confined to your cell pending your hearing.

Inmate's Name: Murphy, Adam    Booking Number: 2023-00985    Housing Unit Location: B1-13

Date of Infraction: 07/21/2023    Incident Time: 1954    Incident Location: Movement

Rule(s) Violated:

A1-21 Possession of any facility contraband ..

A1-22 Conduct disrupts/interferes with facilty ..

Description of Incident: On the above date and time I was working my assigned post as Hallway 1 ERT Officer. Officer Prelvukaj #138, Officer Pullen #474, and I were attempting to conduct a strip search of Inmate Murphy after he had just turned over facility contraband. Inmate Murphy was refusing to complete the strip search. Inmate Murphy did not comply with the search after being directed multiple times by Officer Pullen and myself. Inmate Murphy was directed to remove his boxers and bend over when Inmate Murphy grabbed one white package concealed within his boxers. Inmate Murphy attempted to conceal the package within his rectum when Officer Pullen and I attempted to gain control of Inmate Murphy's arms and secure the contraband and Inmate Murphy resisted. Officer Pullen and I placed Inmate Murphy on the ground where Inmate Murphy continued to resist and kick his legs. Inmate Murphy was ordered to stop resisting staff's attempts to secure him and the contraband. Inmate Murphy stopped resisting only after oleoresin capcsicum was deployed. I retrieved the white package Inmate Murphy attempted to conceal and it was secured. The strip search was completed yielding no additional contraband being found at this time.

Employee Witnesses: Officer Pullen #474; Officer Prelvukaj #138

Other Inmates Involved: N/A

Employee Name: K. Rodriguez #114  Signature: _____    Report Date: 07/21/23 Report Time: 2200

*More Tobacco one of The officers gave*

Sergeants Findings:

I have reviewed the report and investigated the event. Based on the information provided in the report and the information gained during my investigation, I have determined that the information is true and accurate as reported.

Notes: *Inmate Murphy admitted to having the tobacco and didnt turn it over because he didnt want to get in any further trouble*

Sergeant Name: Sgt Weed  Signature: Sgt Weed 123  Report Date: 7/21/23  Report Time: 2355

Shift Commander Name: M Tomes  Signature: _____

B. Command Review: Review Date: 7/22/23    Review Time: 0689

Name: L. Moreno    Rank: Capt    Signature: _____

Level: 1    Confinement Pending Hearing: yes ☐ no ☑    ☐ Dismissed at Review

Reason: _____

Page ___ of ___    Incident #: _____    Hearing #: _____

Revised 03/17/17

*(handwritten top margin:)* Case #  6998  23-cv-(KMK)  EX-5it#3  Confidential Copy PREA

# ORANGE COUNTY JAIL
## INMATE MISBEHAVIOR REPORT

**A.** You have been cited for an act of misconduct as indicated below.  You may be confined to your cell pending your hearing.

Inmate's Name: Murphy, Adam   Booking Number: 2023-01134   Housing Unit Location: Delta 3

*(handwritten:)* PREA Please keep Confidential

Date of Infraction: 07/21/2023   Incident Time: 1948   Incident Location: Delta 3 Cell #26

Rule(s) Violated:

A1-21 Possession of any facility contraband ..      A3-08 Violation of General rules

*(handwritten:)* Was being in an intimate relationship with female officer

Description of Incident: On the above date and time while working my assigned post as the Delta Wing Runner the following did occur. At 1948 hours, I was ordered by Delta Wing Sergeant D. Figueroa #132 to conduct a cell search in Delta 3 of cell #26 Murphy, Adam #2023-01134. During the cell search the following items were recovered 6 pairs of black socks, back brace, multiple pieces of cardboard, protective eyewear, condom, 2 orange ear plugs, 2 pairs of non-jail issued flip flops, hard cover glasses case, plastic food container with the lid, sharpie marker, highlighter, pencil with metal piece to hold eraser, rubber band, extra mattress, 2 extra green jumpers, 2 extra laundry bags, zip lock bag, 9 large manilla envelopes with metal clasps, copy paper, excess issued whites, 4 extra sheets, 2 extra blankets, extra hoodie, and an extra pair of shorts. End of report. *(handwritten:)* Everything was given to me

Employee Witnesses: Sergeant Figueroa #132 *(handwritten:)* Sx staff was given a condom

Other Inmates Involved: *(handwritten:)* I feel several CO's comprimised. by female officer for sexual relations

Employee Name: J. Castro #518   Signature: ___   Report Date: 07/22/23 Report Time: 1430

Sergeants Findings:

I have reviewed the report and investigated the event. Based on the information provided in the report and the information gained during my investigation, I have determined that the information is true and accurate as reported.

Notes: When interviewed Inmate Murphy claimed that he found the items listed above. Inmate Murphy also acknowledged that he was aware that he was not allowed to have the items. *(handwritten:)* Not true CO's gave me all contraband

Sergeant Name: Halstead #039   Signature: Sgt S. Halstead 039   Report Date: 07/22/2023 Report Time: 1800

Shift Commander Name: L. Maren   Signature: ___

**B.** Command Review: Review Date: 7/22/23   Review Time: 2324

Name: J. Dissentraumont   Rank: LT   Signature: ___

Level: I   Confinement Pending Hearing: yes ☐ no ☒   ☐ Dismissed at Review

Reason: Inmate NoT Confined Pending Hearing

Page ___ of ___   Incident #: ___   Hearing #: ___

Revised 03/17/17

*EXBIT #4*                                    *Copy*

## ORANGE COUNTY JAIL
## INMATE MISBEHAVIOR REPORT

*Case #*
*23-CV-6998*
*(KMK)*

A. You have been cited for an act of misconduct as indicated below. You may be confined to your cell pending your hearing.

Inmate's Name: Murphy, Adam    Booking Number: 2023-00985    Housing Unit Location: Delta 3

Date of Infraction: 07/21/2023    Incident Time: 1816    Incident Location: Echo 1 Hallway

Rule(s) Violated:

        A1-15 possess/use/intro drugs/alcohol/notpresc med ..       ..    ..

        A1-22 Conduct disrupts/interferes with facilty ..      ..    ..

        A1-21 Possession of any facility contraband ..      ..    ..

Description of Incident: On the above date and time  while my assigned post as Hallway 3 Officer the following did occur. At 1910 hours I conducted a security check of the Echo 1 hallway. During my security check I lifted the top off the laundry container and found a folded up t-shirt. Upon further investigation I found 2 sealed commissary coffee pouches, three pictures of a female on white paper, a small amount of plastic and a dime sized unknown green leafy substance. Upon facility DVR review it is seen inmate Muphy, Adam 2023-00985 outside Echo 1's door with the folded up t-shirt in his possession and placing it in the same location as the laundry container at 1816 hours. End of report.

Employee Witnesses: None

*Staff photo's Female*

Other Inmates Involved:

Employee Name: Mackey 527 Signature: _____522_____    Report Date: 07/22 Report Time: 0745

*The Staff was bringing me N Drugs Tabaco Females having sex.*

Sergeants Findings:

I have reviewed the report and investigated the event. Based on the information provided in the report and the information gained during my investigation, I have determined that the information is true and accurate as reported.

Notes *Inmate Admitted to having contraband.*

Sergeant Name: *Cesse*    Signature: _____    Report Date: 7/22/13 Report Time: 0800

Shift Commander Name: L MORENO    Signature: _____

B. Command Review: Review Date: 7/22/23    Review Time: 2310

Name: J. Deontiowa *LT*    Rank: LT    Signature: LT _____

Level: I    Confinement Pending Hearing: yes ☐ no ☒    ☐ Dismissed at Review

*SEE BACK*

Reason: *Inmate Not Confer Pownsing Hearing*

_____

_____

Page _____ of _____    Incident #: _____    Hearing #: _____

Revised 03/17/17

These Are four Reports written BY Staff I was Coerced Into Telling on The officer with Threats Made by Cell Staff with More Beatings More Uses of Force and They are Still harrassing Me Everyday. Today, 7-13-14 ERT officer pullen States verbatim You Better give up Those Shoes You little Batch or You'll get Ass Raped. They are Retaliating against me Because I was Romantcly Involved

*Case # 13-CV-6998 (KMK)*

**EXIBIT #5**   *Initial Medical Report from Use of Force →*

**MEDICAL INCIDENT REPORT**   *NO X-Rays until 8-21-23 a month after incident*   **ORANGE COUNTY JAIL**

| PERSON INVOLVED (LAST NAME, FIRST, MIDDLE INITIAL): Murphy Adam | BOOKING NUMBER 2023-00985 | SEX ☒ MALE ☐ FEMALE | AGE 35 | DATE OF BIRTH 01/15/1988 |

DATE OF INCIDENT: 2003  TIME OF INCIDENT ☐ A.M. ☐ P.M.  EXACT LOCATION OF INCIDENT: Delta 3 housing Unit

☒ INMATE   PROPERTY INVOLVED (IF YES DESCRIBE) ☐ YES ☒ NO   WAS PERSON AUTHORIZED TO BE AT THE LOCATION OF THE INCIDENT? ☒ YES ☐ NO

☐ DETAINEE   EQUIPMENT INVOLVED (IF YES DESCRIBE) ☐ YES ☐ NO

☐ PRE SEGREGATION   TYPE OF SEGREGATION ☐ DISCIPLINARY ☐ ADMINISTRATIVE ☐ PROTECTIVE CUSTODY ☐ Paperwork Complete

☐ HOSPITAL RETURN   HOSPITAL PAPERWORK RECEIVED: ☐ YES ☐ NO   SPECIAL HOUSING REQUESTED FOR HOSPITAL RETURNING (IF YES DESCRIBE) ☐ YES ☐ NO

DESCRIBE EXACTLY WHAT HAPPENED: Use of force. c/o (R) cheek pain / Nasal pain / pain on forehead. Abrasions to back. Xray-ordered.

WAS INMATE/DETAINEE INVOLVED SEEN BY A NURSE? ☒ YES ☐ NO  WHEN 2000 7/2/23  WHERE Medical  NURSE NAME G. Gomez, RN

WAS INMATE/DETAINEE SEEN BY A PHYSICIAN? ☐ YES ☒ NO

WAS FIRST AID ADMINISTERED? ☐ YES ☒ NO

WAS INMATE/DETAINEE INVOLVED TAKEN TO A HOSPITAL? ☐ YES ☒ NO

INDICATE TYPE OF INJURY: ☐ LACERATION ☒ ABRASION ☐ NON APPARENT ☐ HEMATOMA ☐ BURN ☐ OTHER

ACCIDENT ☐ FATAL ☐ NON-FATAL

NURSE/PHYSICIAN'S COMMENTS: Use of force. xray ordered for (R) cheek pain / nasal pain

DATE OF ASSESSMENT 7/2/23

NOTE: A COPY OF ALL MEDICAL INCIDENT REPORTS WILL BE PROVIDED TO THE FACILITY SHIFT COMMANDER

Case #
23-cv-6998
(KMK) (1)

Official Document
State ment made BY
Plaintiff

Submitted Foil Request

to Records for Photos
Of Injuries As well
As any Reports.

Im Sure They will try to
Keep The ERT Footage From
The Courts The Overhead
DVR Shows nothing
ONLY ERT Footage Shows
The EXSessive Force.

I know They also violated my 4th
14th Constitutional Rights
With The Romantic Relationship
with Females Staff members
Cruel & unusual Punishment !
I'd like to be Transfered Im not
Safe here.   And  am

Will Be Submitting
More Documentation
_
|



# ORANGE COUNTY SHERIFF'S OFFICE/
## CORRECTIONS DIVISION

### REQUEST TO USE THE LAW LIBRARY

I hereby request to use the Law Library on:

DATE: _____

NAME: _____
PRINT FULL NAME

LOCATION: _____
HOUSING UNIT

┌─────────────────────────────────────┐
│         **NOTARY PUBLIC**            │
│                                      │
│   ☐   **YES**        ☐   **NO**      │
│                                      │
│  If yes, type of document:           │
│                                      │
│  _____     │
└─────────────────────────────────────┘

**X** _____
INMATE'S SIGNATURE

**HOUSING UNIT OFFICER:** _____

Received by: _____  Date: _____  Time: _____

INMATE COPY

9-14-23

VII

Plantiff's

Adam E. Murphy #202300985

V.S.

K. Rodriguez ET.Al...
# 23-CV-6998 (KMK)

Exibit

See 10# pages OF
Injury Photos
Attached. Plus one
Metal health Reevest and
Law-Library Reqvest

Respectfuly;

Adam E. Murphy
# 202300985

RECEIVED
SEP 20 2023
U.S.D.C.S.D.N.Y.
RECORDS ROOM



Clerk Court
United States Southern
Pro Se Intake ch
United States Federal Bl
300 QuaRRopas St
White Plains NU

Legal Mail